**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2008**

---

ROSIE HOPKINS,

        Plaintiff - Appellant,

    v.

STATE OF NORTH CAROLINA; PATHWAYS FOR PEOPLE, INC.; JAMIE WEST, Owner, Pathways for People, Inc.; MICHELLE SULLIVAN, Owner, Pathways for People, Inc.; GLORIA ROTHROCK, Owner, Pathways for People, Inc.; NC INDUSTRIAL COMMISSION; TAMARA NANCE, Chief Deputy, NC Industrial Commission; OFFICER SEAN MYERS, Apex Police Department; PAUL MITCHEL MCKINNON MCKINNEY; JUDGE RICHARD MYERS, II; VILLAGES OF APEX CLUB HOA; DEBRA GABRIELLE, Villages of Apex Club House HOA; ANTHONY SACCO, Villages of Apex Club House HOA,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:21-cv-00087-FL)

---

Submitted:  January 30, 2024                      Decided:  February 2, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rosie Hopkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosie Hopkins appeals from the district court's order dismissing her amended civil action for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hopkins v. North Carolina*, No. 4:21-cv-00087-FL (E.D.N.C. Sept. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*